PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nickolas James Conrad**

**Docket No. 0:01CR00150-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nickolas James Conrad** who was sentenced on January 24, 2002, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug treatment
Mandatory drug testing
Psychological/psychiatric counseling/treatment

*As modified on February 6, 2004:*

4 months CCC placement

*As modified on October 22, 2004:*

60 days home detention under curfew status

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On July 26, August 23, October 4, October 27, and November 5, 2004, the defendant failed to report for drug testing per code-a-phone instructions.

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On September 27, 2004, the defendant submitted a urine specimen that tested positive for amphetamine and methamphetamine. On November 4, 2004, the defendant submitted a urine specimen in a test cup that tested positive for methamphetamine. The lab results are pending.

SCANNED
NOV 17 2004
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 16th day of November, 2004, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

Respectfully,

Joan L. White
U.S. Probation Officer

Place St. Paul
Date November 15, 2004

AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

v.

Nickolas James Conrad

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 04-150(1) (ADM)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom No. 8E**
**300 S. 4th Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate J. Earl Cudd**

On: **November 30th at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PROBATION AT (612) 664-5400, as soon as you receive this summons.**

Jackie Mehl, Deputy Clerk

Dated: November 17, 2004