**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:J. EARL CUDD |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: 01-CR-150 (ADM/AJB) |
| | ) | Date: 11/30/04 |
| **NICKOLAS JAMES CONRAD**, | ) | Court Reporter: N/A |
| | ) | Tape Number: NOT TAPED |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:05 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Tracy Braun
Defendant: Scott Tilsen   : FPD   9 Retained   : To be appointed
Interpreter / Language: N/A // ENGLISH

**Date Charges Filed**: **11/17/04**   **Offense**: **Supervised release violation**

9 Charges read into record   : Waived Reading of Charges   : Advised of Rights

**on** 9 Indictment 9 Information 9 Complaint Violation of 9 Pre-trial Release : Supervised Release

9 **Charges from other District**

9 Government moves for detention.
Motion is 9 granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.
**X Bond is continued**
**Next appearance date is at 12/7/04, 9:00 a.m. before Judge Montgomery for**:

9 **detention hrg**   9 **preliminary hrg**   9 **arraignment**

9 **removal hrg**   : **final revocation**

9 Detention hearing waived   9 Detention hearing waived   9 Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/Joan Flood
Signature of Judicial Assistant