AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

v.

Nickolas James Conrad

## SUMMONS IN A CRIMINAL CASE

Case Number: CR ~~04-150~~ 01-150(1) (ADM)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom No. 8E**
**300 S. 4th Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate J. Earl Cudd**

On: **November 30th at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PROBATION AT (612) 664-5400, as soon as you receive this summons.**

Jackie Mehl, Deputy Clerk

Dated: November 17, 2004

SCANNED
DEC 8 2004
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1] Thomas Knutson Date: 11/24/04

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: St. Paul Courthouse USMS Office

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/24/2004 A. Garber
Date Name of United States Marshal

DUSM Knutson [signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

DC Modified 04/09/...

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Date:

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ____________________

____________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________________

☐ Returned unexecuted: ____________________

____________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ____________________ ____________________
Date Name of United States Marshal

____________________
(by) Deputy United States Marshal

Remarks: 11/22/04 1st Endeavor @ 6:45 PM, 1 DUSM, 1 Hour, 32 miles round trip KH
11/23/04 2nd Endeavor @ 800 AM, 1 DUSM, 1 Hour, 32 miles round trip KH

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

DC Modified 04/09/04