**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

NICKOLAS JAMES CONRAD,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

Case No: 01-150(ADM/AJB) 1
Date: December 20, 2004
Court Reporter: Tim Willette

## APPEARANCES:

Plaintiff: Erica Mozangue, Assistant U.S. Attorney
Defendant: Daniel Scott

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.** Defendant admits allegations.

## ORDERED:

Defendant is sentenced to: 6 months in the custody of the BOP with no period of supervision to follow.

Defendant is remanded to the custody of the U.S. Marshal.

Written order to be issued.

s/Gertie Simon
Courtroom Deputy