AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**NICKOLAS JAMES CONRAD**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-150(ADM)**
USM Number: **09960-041**
Social Security Number: **2540**
Date of Birth: **1971**

**Daniel Scott**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of conditions of the term of supervision.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Date of Violation** |
|---|---|---|
| Special Condition No. 2 | Defendant failed to report for drug testing per code-a-phone instructions. | 7/26/04; 8/23/04; 10/4/04; 10/27/04; 11/5/04 |
| Mandatory Condition | The defendant tested positive for amphetamine and methamphetamine. | 9/27/04; 11/4/04 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

**December 20, 2004**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

**December 20, 2005**
Date Signed

DEFENDANT: NICKOLAS JAMES CONRAD
CASE NUMBER: 01-150(1)(ADM)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months**. **No period of supervised release will follow.**

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

___________________________________________

___________________________________________

___________________________________________

Defendant delivered on ________________________ to ______________________________

at ______________________________ , with a certified copy of this Judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal