USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**NICKOLAS JAMES CONRAD**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)
Case Number: **01-150(ADM)**
USM Number: **09960-041**
Social Security Number: **2540**
Date of Birth: **1971**

2004 DEC 21 PM 3: 19
RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**Daniel Scott**
Defendant's Attorney

US MARSHAL MPLS
DEC 22 9 49 AM '04

**THE DEFENDANT:**

[X] admitted guilt to violation of conditions of the term of supervision.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Date of Violation** |
|---|---|---|
| Special Condition No. 2 | Defendant failed to report for drug testing per code-a-phone instructions. | 7/26/04; 8/23/04; 10/4/04; 10/27/04; 11/5/04 |
| Mandatory Condition | The defendant tested positive for amphetamine and methamphetamine. | 9/27/04; 11/4/04 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

RECEIVED
'05 FEB -3 PM 3
CLE

**December 20, 2004**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY,** United States District Judge
Name & Title of Judge

**December 20, 2005**
Date Signed

A true printed copy in 2 sheet(s)
of the electronic record filed on 12-20-04
in the United States District Court
for the District of Minnesota.
CERTIFIED, 12-21, 2004.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
FEB - 3 2005
U.S. DISTRICT COURT MPLS

FILED Dec 20, 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: NICKOLAS JAMES CONRAD
CASE NUMBER: 01-150(1)(ADM)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months. **No period of supervised release will follow.**

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on 1-19-05 to FPC Duluth, MN

at Duluth, MN, with a certified copy of this Judgment.

United States Marshal

By USPTH BOP Bus
~~Deputy United States Marshal~~

**Subject was picked up at ______________**
**______________, and on ______________**
**delivered to ______________**
**for further removal / the designated institution.**

**______________**
**Lieutenant, USP-THA BUS**